UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PHILLIP JOHN ROBERSON, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-03318** |
| **JUDGE DAVID ARCENEAUX** | **SECTION "D"(4)** |

## ORDER

The Court, having considered the Complaint (R. Doc. 1), the record, the applicable law, the March 29, 2022 Report and Recommendation of the United States Magistrate Judge (R. Doc. 4), and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** Phillip Roberson Jr.'s 42 U.S.C. § 1983 claims against Judge David Arceneaux are **DISMISSED WITH PREJUDICE** as legally frivolous, and for seeking monetary damages against a defendant who is immune from such relief under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

New Orleans Louisiana, April 25, 2022.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**